```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                                       2:10-cr-110

Waahid Hafeez-Bey

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 25) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the information and his agreement to the forfeiture count, and he is hereby adjudged guilty on Count 1 of the information. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 14, 2010                          s\James L. Graham
                                                  James L. Graham
                                                  United States District Judge